```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                               :

PHILIPHEOUS M. FOSTER                :    BK No. 08-10828
         Debtor                           Chapter 13

- - - - - - - - - - - - - - - - - -x
```

### ORDER DENYING DEBTOR'S MOTION TO RECONSIDER

Heard on September 4, 2008 on the Debtor, Philipheous M. Foster's Motion to Reconsider (Doc. No. 47) this Court's Order denying his Objection to Saxon Mortgage Company's proof of claim, and the Opposition of Saxon Mortgage Company.  Upon consideration of the arguments and evidence presented, and for the reasons stated by Creditor, Saxon, which we adopt and incorporate herein by reference, and as the Debtor has raised no new issues or arguments in his Motion to Reconsider, the Debtor's Motion is **DENIED**.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island, this 14th day of November, 2008.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 11/14/08