```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

PHILIPHEOUS M. FOSTER               :    BK No. 08-10828
        Debtor                              Chapter 13

- - - - - - - - - - - - - - - - - -x
```

## ORDER GRANTING DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION FOR RELIEF FROM STAY

Heard on September 4, 2008 on Creditor, Deutsche Bank Trust Company Americas' Motion for Relief from Stay (Doc. No. 42), and the Opposition of the Debtor, Philipheous Foster. Upon consideration of the arguments and evidence presented by both parties at hearing and in the post-hearing memorandum submitted by Deutsche Bank Trust Company Americas on December 5, 2008 (Doc. No. 72), and for the reasons stated by the Creditor, Deutsche Bank Trust Company Americas, which we adopt and incorporate herein by reference, the Creditor's Motion for Relief from Stay is **GRANTED**.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island, this 12th day of December, 2008.

*[signature]*

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 12/12/08